111 A.3d 1187

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**David C. MENDEZ, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 9, 2014.

Decided March 30, 2015.

Karl Baker, Esq., Robin S. Forrest, Esq., Defender Association of Philadelphia, for David C. Mendez.

Hugh J. Burns, Jr., Esq., James Foster Gibbons, Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

### *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of March, 2015, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**